# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

              v.                               Crim. No. 5:08-CR-278-3BR

**CORNELIUS MORGAN**

      On January 03, 2014, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                        I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffrey L. Keller                              /s/Maurice J. Foy  
Jeffrey L. Keller                                    Maurice J. Foy  
Supervising U.S. Probation Officer         Sr. U.S. Probation Officer  
                                                  310 New Bern Avenue, Room 610  
                                                  Raleigh, NC 27601-1441  
                                                  Phone: 919-861-8678  
                                                  Executed On: January 27, 2017

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this ____2____ day of ____February____, 2017.

                                                  W. Earl Britt  
                                                  Senior U.S. District Judge